466 A.2d 1030

**Bernadine DOUGLAS, Administratrix of Estate of Mark Douglas, Deceased**

v.

**Lavon A. EVANS, Administratrix of Estate of George Evans, Thomas E. Conti and Philip Iorio.**

**Appeal of HENKELMAN, KREDER, O'CONNELL & BROOKS and Ralph J. Johnston, Jr., Esquire.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1983.

Decided Nov. 2, 1983.

Lucille Marsh, Scranton, for Henkelman, et al.

Ralph J. Johnston, Jr., Wilkes-Barre, for Johnston.

John A. DiPietro, Wilkes-Barre, for Bernadine Douglas.

John R. Lenahan, Sr., Scranton, for Lavon A. Evans.

Sandor Yelen, Wilkes-Barre, for Philip Iorio.

Ralph E. Kates, III, Wilkes-Barre, for Thomas E. Conti.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

The action brought by plaintiff Bernadine Douglas against defendant Philip Iorio having been settled, the order of the Superior Court affirming the order of the Court of Common Pleas of Luzerne County is vacated, the order of the Court of Common Pleas of Luzerne County, which denied the petition of appellants to withdraw their entry of appearance on behalf of defendant, is vacated, and the record is remanded to the Court of Common Pleas of Luzerne County with the direction to dismiss the petition to withdraw.